# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 8, 2026

Lyle W. Cayce
Clerk

No. 25-50780
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Jonathan Morales-Murguia,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:25-CR-863-1

Before Haynes, Graves, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Jonathan Morales-Murguia pleaded guilty to illegal reentry into the United States. He contends that his above-guidelines 24-month sentence is substantively unreasonable.

Here, the district court expressly accounted for the guidelines range and justified the upward variance based on Morales-Murguia's criminal

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50780

history and other 18 U.S.C. § 3553(a) factors. *See United States v. Woods*, 102 F.4th 760, 765 (5th Cir. 2024); *United States v. Cortez-Balderas*, 74 F.4th 786, 788 (5th Cir. 2023). We conclude that none of those reasons constitute an abuse of discretion. *See Woods*, 102 F.4th at 765-66; *United States v. Guillermo Balleza*, 613 F.3d 432, 435 (5th Cir. 2010). As to the extent of the deviation from the guidelines range, we have upheld proportionally greater upward variances. *See, e.g.*, *United States v. Rhine*, 637 F.3d 525, 528-30 (5th Cir. 2011).

AFFIRMED.